No. 2. METLAKATLA INDIAN COMMUNITY, ANNETTE ISLAND RESERVE, *v.* EGAN, GOVERNOR OF ALASKA, ET AL.; and

No. 3. ORGANIZED VILLAGE OF KAKE ET AL. *v.* EGAN, GOVERNOR OF ALASKA. Appeals from the Supreme Court of Alaska. (See 363 U. S. 555.) Probable jurisdiction noted. *Richard Schifter* and *Theodore H. Little* for appellant in No. 2. *John H. Cragun* and *Frances L. Horn* for appellants in No. 3. *Ralph E. Moody,* Attorney General of Alaska, for appellees. Reported below: —— Alaska ——, 362 P. 2d 901.

No. 234. BENZ *v.* NEW YORK STATE THRUWAY AUTHORITY. Court of Appeals of New York. Certiorari granted. *Lauren D. Rachlin* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Julius L. Sackman* for respondent.

No. 278. PRESSER *v.* UNITED STATES. C. A. 6th Cir. Certiorari granted. *Edwin Knachel* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 304. CONTINENTAL ORE CO. ET AL. *v.* UNION CARBIDE & CARBON CORP. ET AL. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted limited to Questions 2, 5, and 6 presented by the petition, which read as follows:

"2. Whether an Appellate Court can take away from a jury the question of causal effect concerning an injury by